**COMMONWEALTH ex rel. Louis MICKENS–THOMAS, Petitioner**

v.

**David DIGUGLIELMO, Superintendent State Correctional Institution at Graterford, Respondent.**

**No. 36 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 3, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 3rd day of November, 2008, the Application for Leave to File

Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DE-NIED.**